JOSEPH O. COLLINS, an Infant, by BERNARD J. COLLINS, His Guardian ad Litem, et al., Appellants, *v.* LINA NOSS, Respondent.

Argued April 16, 1940; decided May 21, 1940.

*Ivan E. Maginn* and *Frederick C. Scheel* for appellants.
*Julius S. Christensen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS, LEWIS and CONWAY, JJ. Dissenting: RIPPEY, J.